CHRISTOPHER A. STECHER, CASB No. 215329
christopher.stecher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

TIMOTHY P. HARKNESS (*pro hac vice to be filed*)
timothy.harkness@freshfields.com
DAVID Y. LIVSHIZ (*pro hac vice to be filed*)
david.livshiz@freshfields.com
WERONIKA BUKOWSKI (*pro hac vice to be filed*)
weronika.bukowski@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:     (212) 277-4000
Facsimile:      (212) 277-4001

*Attorneys for Applicant Palantir Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EX PARTE APPLICATION OF PALANTIR TECHNOLOGIES, INC. FOR ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Misc. Case No. _____<br><br>**PALANTIR TECHNOLOGIES INC.'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Based upon the accompanying Memorandum of Points and Authorities, and Declarations of Walrod Prinz zu Waldeck und Pyrmont and Weronika Bukowski ("Bukowski Declaration") and the Exhibits attached thereto, Applicant Palantir Technologies Inc. ("Palantir"),

through its attorneys, hereby applies to this Court for an <u>Ex Parte</u> Order granting this Application[1] and entering the Proposed Order pursuant to 28 U.S.C. § 1782: (i) authorizing Applicant to serve Marc L. Abramowitz with the subpoenas attached as Exhibits A and B to the Bukowski Declaration, (ii) directing Marc L. Abramowitz to produce documents responsive to the subpoena, (iii) directing Mr. Abramowitz to appear for a deposition, (iv) directing Mr. Abramowitz to preserve evidence, and (v) such other relief as this Court deems just and proper.

Applicant respectfully requests that the Court order the production of documents specified to the subpoena, unless otherwise agreed by the parties, on or before August 31, 2018.

**JURISDICTION**

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1782. The Court has personal jurisdiction over the object of the application because Mr. Abramowitz resides in the state of California, county of San Francisco.

DATED: August 10, 2018

/s/ Christopher A. Stecher
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN

TIMOTHY P. HARKNESS (*pro hac vice*)
DAVID Y. LIVSHIZ (*pro hac vice*)
WERONIKA BUKOWSKI (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP

*Pro Hac Vice Applications Forthcoming*

Attorneys for Applicant
Palantir Technologies, Inc.

---

[1] An <u>ex parte</u> application pursuant to 28 U.S.C. § 1782 is appropriate and is the typical procedure when invoking this statute. <u>See</u>, e.g., <u>In re Ecuador</u>, No C-10-80225 MISC CRB (EMC), 2010 U.S. Dist. LEXIS 102158, at *7 (N.D. Cal. Sept. 15, 2010) ("[I]t is common for the process of presenting the request to a court and to obtain the order authorizing discovery to be conducted ex parte. Such ex part applications are typically justified by the fact that the parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it.") (Internal quotations and citations omitted).