```
 1  CHRISTOPHER A. STECHER, CASB No. 215329
    christopher.stecher@kyl.com
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  450 Pacific Avenue
    San Francisco, California  94133
 4  Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
 5
    TIMOTHY P. HARKNESS (pro hac vice to be filed)
 6  timothy.harkness@freshfields.com
    DAVID Y. LIVSHIZ (pro hac vice to be filed)
 7  david.livshiz@freshfields.com
    WERONIKA BUKOWSKI (pro hac vice to be filed)
 8  weronika.bukowski@freshfields.com
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
 9  601 Lexington Avenue, 31st Floor
    New York, New York 10022
10  Telephone:    (212) 277-4000
    Facsimile:    (212) 277-4001
11
    Attorneys for Applicant Palantir Technologies, Inc.
12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EX PARTE APPLICATION OF PALANTIR TECHNOLOGIES, INC. FOR ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Misc. Case No.<br><br>**DECLARATION OF WERONIKA BUKOWSKI** |

I, Weronika Bukowski, an attorney admitted to practice in the State of New York, declare under penalty of perjury under the laws of the United States as follows:

---

DECLARATION OF WERONIKA BUKOWSKI— CASE NO.

1. I am an attorney with Freshfields Bruckhaus Deringer US LLP, counsel to Palantir Technologies, Inc. ("Palantir"). I am familiar with the facts set forth in this declaration from personal knowledge and documents I have reviewed.

2. I submit this declaration in support of Palantir's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings. This Application relates to pending and anticipated foreign proceedings in Germany.

3. Specifically, on August 6, 2018, Palantir commenced an action against Marc L. Abramowitz ("Abramowitz"), captioned Palantir Technologies, Inc. v. Marc L. Abramowitz, Case No. 21 O 11054/18, in the Regional Court of Munich I, Patent Law Chambers (the "German Court"). In this action, Palantir seeks a declaration that Abramowitz was not entitled to obtain certain patents concerning cyber security and cyber insurance technologies that properly belonged to Palantir. In addition, in the German Proceeding, Palantir also seeks compensation for all damages suffered as a result of Abramowitz's filing and discontinuation of the filing.

4. In addition, Palantir anticipates bringing in the near future a second action against Abramowitz in the German Court, in which it will seek a declaration that Abramowitz was not entitled to obtain certain patents concerning healthcare related technologies invented by Palantir. The technologies described in these patents relate to the interpretation and analysis of various forms of data for patient recruitment in clinical trials held by pharmaceutical companies and academic institutions and data analytic services to perform insurance risk assessments, including, for example, patient diagnoses not accounted for by health insurance companies and healthcare fraud risks.

5. Attached hereto as Exhibit A is the form of a proposed subpoena seeking documents from Abramowitz.

6. Attached hereto as Exhibit B is the form of a proposed subpoena seeking testimony from Abramowitz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF WERONIKA BUKOWSKI — CASE NO.

Executed this 10th day of August 2018 in New York, New York.

_____
Weronika Bukowski

- 3 -

DECLARATION OF WERONIKA BUKOWSKI — CASE NO.